IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL M. REVELES,

      Petitioner,

                                         Case No.  21-cv-459-bbc

  v.

LIZZY TEGELS,

      Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Michael

Reveles' petition for a writ of habeas corpus.


| /s/ | 10/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |